No. 580. OLSON *v.* UNITED STATES;

No. 581. KARLSON *v.* SAME; and

No. 582. BREWSTER *v.* SAME. December 11, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Harry H. Peterson, I. K. Lewis, C. E. Berkman,* and *John H. Hougen* for petitioners. *Solicitor General Biggs* and *Mr. Paul A. Sweeney* for the United States.

No. 576. UNITED STATES EX REL. BORIC *v.* MARSHALL, DISTRICT DIRECTOR OF IMMIGRATION. December 18, 1933. The petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit is granted. It is ordered that the original Department of Labor File, with the exhibits contained therein or attached thereto, offered in the deportation proceedings, which was presented to the Circuit Court of Appeals upon the appeal of this cause to that court, pursuant to the stipulation of the parties herein appearing in the record, and dated June 19, 1933, be certified to this Court for consideration on this writ of certiorari along with the usual transcript of record, as provided in Rule 10, paragraph 4, of the rules of this Court. *Mr. Arthur I. Zeiger* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

No. 106. SANDERS *v.* ARMOUR FERTILIZER WORKS ET AL. December 18, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Thomas D. Gresham* for petitioner. *Messrs. Mark McMahon* and *Charles J. Faulkner, Jr.,* for respondents.